■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE BEHAHLTER, Appellant.— Motion granted to extent that appeal may be prosecuted upon certified copy of judgment roll, certified transcript and five typewritten copies of brief, Victor V. Augustine, Jr., Esq., assigned as counsel, and otherwise motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLYDE TOLBERT, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion granted to extent that appeal may be prosecuted on original papers, five typewritten copies of brief, and otherwise motion denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN LYONS, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. RALPH DARLING, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAYMOND C. MILLER, JR., Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. (D) Matter of LOUIS TIFFANY, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— [In each action] Motion to prosecute appeal as poor person, and for other relief, denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED GENCARELLI, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to prosecute appeal as a poor person, and for other relief denied on the ground that the papers fail to show merit to the appeal, on the authority of People ex rel. Clemente v. Warden (10 A D 2d 57).

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK S. KNOWLES, Appellant.— Motion granted to prosecute appeal on original papers, typewritten briefs, Edgar S. K. Merrell II, Esq., assigned as counsel and time for argument of appeal enlarged to include January 1961 Term.

■ RAYMOND H. SHARP, Respondent, v. CITY OF HORNELL et al., Appellants.— Application for final order of dismissal denied. Order of October 27, 1960 modified to provide that appellants must file and serve record and briefs on or before December 5, 1960, and respondent's brief must be filed and served on or before December 23, 1960 if appeal is to be argued at January 1961 Term.

■ BERNICE LANE, Appellant, v. EPSTEIN'S EDCO PROCESS DRY CLEANERS CO., INC. et al., Respondents.— Motion granted and time for filing and serving records and briefs on appeal extended to December 5, 1960.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. URAN MINING CORP. et al., Appellants.— Motion to dismiss appeal or, in alternative, to argue appeal at November 1960 Term, denied, and case set down for argument on January 5, 1961. Motion of Jordan E. Pappas to intervene in appeal denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JIMMIE LEE PAUL, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANDREW L. STAPLES, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARENCE STANLEY BAUM, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— [In each action] Motion for leave to appeal to the Court of Appeals denied.

■ In the Matter of the DESTRUCTION OF CERTAIN PAPERS FILED in the Office of the Clerk of the Appellate Division, Fourth Department, Pursuant to Section 89 of the Judiciary Law.— Order entered.